UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

LARRY REYNOLDS,                              )
                                             )
                Plaintiff,                   )
                                             )
v.                                           )        No.:   2:23-CV-86-TAV-CRW
                                             )
BILL LEE, *et al.*                           )
                                             )
                Defendants.                  )

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with

this order, it is **ORDERED** that plaintiff's case is **DISMISSED** with prejudice with costs

assessed to the respective parties.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT